UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Willie Claudius Watt,   Civil No. 06-5139 (PAM/JSM)

          Plaintiff,

v.   **ORDER**

Minneapolis, Minnesota,

          Defendant.

---

      This matter is before the Court on Plaintiff's Objections to United States Magistrate Judge Janie S. Mayeron's Report and Recommendation ("R&R"), dated March 8, 2007. The R&R recommended that this Court deny Plaintiff's application to proceed without prepayment of fees and summarily dismiss the case.

      The Court has conducted a de novo review of the Objections and the record. See 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). After the review, the Court finds that the Magistrate Judge correctly determined that the Amended Complaint is deficient because it does not state an actionable claim against Defendant. The Objections do not address or correct this deficiency. Accordingly, **IT IS HEREBY ORDERED** that:

    1.    The Objections (Docket Nos. 11 and 12) are **OVERRULED**;

    2.    The R&R (Docket No. 10) is **ADOPTED**;

    3.    Plaintiff's Application to Proceed without Prepayment of Fees (Docket No. 2) is **DENIED**; and

4. This action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 12, 2007

                                             s/ Paul A. Magnuson
                                            Paul A. Magnuson
                                            United States District Court Judge